September 25, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

GREGORY R. MATTOX AND BARBARA WILKERSON, Appellants

NO. 14-11-00383-CV V.

COUNTY COMMISSIONERS' COURT, GRIMES COUNTY, BETTY SHIFLETT, GRIMES COUNTY JUDGE, JOHN BERTLING, COUNTY COMMISSIONER PCT 1, AND PAM FINKE, COUNTY COMMISSIONER PCT 4, Appellees

_____

This cause, an appeal from the trial court's judgment, signed April 7, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment **REVERSED** to the extent that the trial court ordered that the cause be remanded to the Grimes County Commissioners Court, and we **REMAND** the cause to the trial court for proceedings consistent with this court's opinion of September 25, 2012. We further order that all costs incurred by reason of this appeal be paid by Appellees, COUNTY COMMISSIONERS' COURT, GRIMES COUNTY, BETTY SHIFLETT, GRIMES COUNTY JUDGE, JOHN BERTLING, COUNTY COMMISSIONER PCT 1, AND PAM FINKE, COUNTY COMMISSIONER PCT 4, jointly and severally. We further order this decision certified below for observance.